IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

MACOMB COUNTY EMPLOYEES
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated                                                PLAINTIFF

v.                           CASE NO. 4:11CV00363 BSM

ACXIOM CORPORATION, JOHN A. MEYER, and
CHRISTOPHER W. WOLF                                                                  DEFENDANTS

ORDER

The parties' joint motion for stay of response and entry of pleadings schedule is granted. The schedule is set as follows:

1. Pursuant to the Private Securities Litigation Reform Act of 1995, the deadline for applications for lead plaintiff in this action is June 27, 2011.

2. 60 days after the appointment of the lead plaintiff, plaintiff shall file an amended and consolidated complaint.

3. 60 days after receipt of service of the amended and consolidated complaint, defendants shall file their answers or other responsive pleadings.

4. 60 days after receipt of service of defendants' responsive pleadings, plaintiff shall serve its response.

IT IS SO ORDERED this 18th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE